**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Philip Henderson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Newfield Exploration Company, Greywolf | ) | |
| Oil and Gas Production Systems and GPS | ) | |
| Limited, | ) | |
| | ) | Case No. 4:13-cv-129 |
| Defendants. | ) | |

Before the court is the  motion for attorney Erik M. Ward to appear *pro hac vice* on plaintiff's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Erik M. Ward has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the  motion (Docket No. 23) is **GRANTED**.  Attorney Erik M. Ward is admitted to practice before this court in the above-entitled action on behalf plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2014.


*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge