# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Phillip Henderson, | ) |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Newfield Exploration Company, and | ) |
| Greywolf Oil and Gas Production Services, | ) Case No. 4:13-cv-129 |
| | ) |
| Defendants. | ) |

Pursuant to its discussion with the parties during the status conference held on April 3, 2015, the court **ADOPTS** the "Second Agreed Upon Stipulation to Amend Scheduling/Discovery Order" (Docket No. 28) and amends the pretrial deadlines as follows:

1. The parties shall have until September 15, 2015, to complete fact discovery and file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall provide the names of expert witnesses and complete reports by October 15, 2015.

    b. Defendants shall provide the names of expert witnesses and complete reports by December 1, 2015.

    (Treating physician need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports are to be served on the other parties but not filed with the court).

1

3. The parties shall have until February 1, 2016, complete discovery depositions of expert witnesses.

4. The parties shall have until April 1, 2016, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for August 11, 2015, shall be rescheduled for September 27, 2016, at 1:30 p.m. The court shall initiate the conference call. The jury trial set for August 24, 2015, shall be rescheduled for October 11, 2016, at 9:30 a.m. in Bismarck before Judge Hovland. An eight (8) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court